

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Ronald Spriggs, Appellant

No. 06-19-00104-CV          v.

Crystal Thomas, Individually and as
Administrator of the Estate of Larry Glenn
Bailey, Appellee

Appeal from the 71st District Court of
Harrison County, Texas (Tr. Ct. No. 19-
0496). Memorandum Opinion delivered by
Justice Stevens, Chief Justice Morriss and
Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed
for want of prosecution. Therefore, we dismiss the appeal.

We further order that the appellant, Ronald Spriggs, pay all costs of this appeal.

RENDERED JANUARY 30, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk